UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RICHARD GONZALES, et al., | |
|---|---|
| Plaintiffs, | Case No. 18-cv-05824-RS |
| v. | **JUDGMENT** |
| TP-LINK USA CORPORATION, | |
| Defendant. | |

Pursuant to the order filed October 21, 2019 granting the motion to dismiss the First Amended Complaint and plaintiffs' statement filed October 29, 2019 declining to proffer any further amendments, judgment is hereby entered against plaintiffs and in favor of defendant.

**IT IS SO ORDERED**.

Dated: November 4, 2019

RICHARD SEEBORG
United States District Judge