| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JUL 21 2020<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| RICHARD GONZALES; et al.,<br><br>　　　　Plaintiffs-Appellants,<br><br> v.<br><br>TP-LINK USA CORPORATION,<br><br>　　　　Defendant-Appellee,<br><br> and<br><br>TP-LINK NORTH AMERICA, INC.,<br><br>　　　　Defendant. | No.   19-17282<br><br>D.C. No. 3:18-cv-05824-RS<br>Northern District of California,<br>San Francisco<br><br>ORDER |

The parties' stipulated motion (Docket Entry No. 20) for voluntary dismissal is granted.  This case is dismissed with prejudice.  *See* Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the terms of the stipulation.

A copy of this order sent to the district court shall act as and for the mandate of this court.

　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　　By: Lorela Bragado-Sevillena
　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7

07-20-2020-2020/Pro Mo