1  **GUTRIDE SAFIER LLP**
   ADAM J. GUTRIDE (State Bar No. 181446)
2  adam@gutridesafier.com
   SETH A. SAFIER (State Bar No. 197427)
3  seth@gutridesafier.com
4  MARIE A. MCCRARY (State Bar No. 262670)
   marie@gutridesafier.com
5  100 Pine St., Suite 1250
   San Francisco, California 94111
6  Telephone: (415) 639-9090
7  Facsimile:  (415) 449-6469

8  STEPHEN M. RAAB (appearing pro hac vice)
   stephen@gutridesafier.com
9  113 Cherry Street, #55150
   Seattle, WA 98140-2205
10 Telephone: (415) 639-9090 x109

11 Attorneys for Plaintiffs

12 [*counsel for Defendants listed on next page*]

13

14              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| RICHARD GONZALES, MATTHEW WALKER, JON HERNANDEZ, JULIANNE CHUANROONG, and DARREN TODD, on behalf of themselves, the general public, and those similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>TP-LINK USA CORPORATION,<br><br>Defendants. | CASE NO.   3:18-cv-05824-RS<br><br>**STIPULATED ORDER OF FINAL DISMISSAL**<br><br>Judge:   Hon. Richard Seeborg |

STIPULATED ORDER OF FINAL DISMISSAL, 3:18-CV-05824

1
2  **LTL ATTORNEYS LLP**
   HEATHER F. AUYANG (SBN 191776)
3  Heather.auyang@ltlattorneys.com
   PAUL MOSKOWITZ (SBN 219158)
4  Paul.Moskowitz@ltlattorneys.com
   601 Gateway Blvd., Ste. 1010
5  South San Francisco, CA 94080
   Telephone:  (650) 422-2130
6  Facsimile:   (650) 241-2142
7
   PRASHANTH CHENNAKESAVAN (SBN 284022)
8  Prashanth.Chennakesavan@ltlattorneys.com
   300 South Grand Avenue, 14th Floor
9  Los Angeles, CA 90017
   Telephone: (213) 612-8900
10 Facsimile:  (213) 612-3773
11
   *Attorneys for*
12 TP-Link USA Corporation
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED ORDER OF FINAL DISMISSAL, 3:18-CV-05824

Plaintiffs Richard Gonzales, et al., and Defendant TP-Link USA Corporation hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action is dismissed with prejudice as to all claims, causes of action, and parties, per the Court's Order dated October 21, 2019, the Judgment entered on November 4, 2019, and the dismissal of Plaintiffs' appeal, with all parties to bear their own respective costs and attorneys' fees.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: July 23, 2020          /s/ *Seth Safier*/s/
                              Adam J. Gutride
                              Seth A. Safier
                              Marie A. McCrary
                              Stephen M. Raab (*pro hac vice*)
                              GUTRIDE SAFIER LLP
                              Attorneys for Plaintiffs

DATED: July 23, 2020          /s/ *Heather Auyang*/s/
                              Heather F. Auyang
                              Paul Moskowitz
                              Prashanth Chennakesavan
                              LTL ATTORNEYS LLP
                              Attorneys for Defendant TP-LINK USA Corporation

## **ATTESTATION**

In accordance with Local Civil Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: July 23, 2020

                                          */s/Seth Safier/s/*
                                          Seth Safier
                                          **GUTRIDE SAFIER LLP**

1
2        Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure
3   41(a)(1)(A)(ii), the Court's Order dated October 21, 2019, and the Judgment entered on
4   November 4, 2019, this action is and remains DISMISSED WITH PREJUDICE as to all
5   claims, causes of action, and parties, with each party bearing that party's own attorneys'
6   fees and costs.  The Clerk is directed to close the file.
7
8        DATED: July 24, 2020    _____
9                                        Hon. Richard Seeborg